Zakka ALI, Plaintiff—Appellant,

v.

Gene JOHNSON, Director, Virginia Department of Corrections; Helen F. Fahey, Chairwoman, Virginia Parole Board, Defendants—Appellees.

No. 05–7013.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 22, 2005.

Decided Dec. 6, 2005.

Zakka Ali, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Zakka Ali appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ali v. Johnson*, No. CA–05–332–2–RAJ (E.D. Va. June 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*